In the Matter of the Application of SAMUEL HELLINGER, Appellant, for an Order Directing JAMES J. MARTIN, as Chamberlain of the City of New York, Respondent, to Permit the Inspection of Certain Books, Accounts and Papers in His Custody.

*Matter of Hellinger*, 128 App. Div. 928, affirmed.
(Argued February 10, 1909; decided March 2, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1908, which affirmed an order of Special Term denying the petition herein.

*John J. Welsh* and *Samuel Hellinger* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.